UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 09-CV-82385-RYSKAMP/VITUNAC

BERTRUDE DECIUS,

    Plaintiff,

v.

SNOW WHITE LINEN
SERVICES, INC., a Florida
corporation,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** comes before the Court on the Court's order granting default judgment in favor of the plaintiffs. It is hereby

**ORDERED AND ADJUDGED** that

**FINAL DEFAULT JUDGMENT** is entered in favor of the plaintiff Bertrude Decius and against defendant Snow White Linen Services, Inc. in the amount of $14,466.32 as owed to plaintiff, together with post-judgment interest as provided by law, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of June, 2010.

                                                /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE